UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                 ) Case No. _____
                                                      )
                                                      ) NOTICE OF DEBTOR'S
                                                      ) AMENDMENT OF MAILING MATRIX
Debtor(s)                                             ) OR SCHEDULES D, E, F, G OR H

**I. FILING INSTRUCTIONS FOR DEBTOR(S):**
   A. File this form to add or delete creditors from the mailing matrix and/or Schedules D, E, F, G or H, or change the amount or classification of a debt listed on schedules D, E, or F. An amendment filing fee is required.
   B. If filing in paper, you must also include a creditor mailing matrix with ONLY the NEW or DELETED creditors listed in the format set forth on LBF #104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
   C. If amending Schedules D, E, F, G or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
   D. If amending Schedules D, E, or F, you must also file an updated Summary of Schedules (Official Form #B6), including page 2 if an individual.
   E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
   F. To file an address change for a previously listed creditor, use LBF #101 instead of this form.

**II. SERVICE INSTRUCTIONS FOR DEBTOR(S):**
   A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
      1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
      2. **(All chapters)** Each applicable amended schedule.
      3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
      4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
      5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and, in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
      6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
      7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
      8. (**Chapter 9 or 11**) The notice of any pending hearing on a proposed disclosure statement, with attachments.
   B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
      1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
      2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

**III. CERTIFICATE OF COMPLIANCE:**
   The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: _____    _____
                     Signature

                     _____
                     Type or Print Signer's Name **AND** Phone No.

                     _____
                     Debtor's Address & Taxpayer ID#(s) (last 4 digits)

                     _____

728 (11/30/09)

## United States Bankruptcy Court
### District of Oregon

**IN RE:**  Case No. **12-30288-tmb7**

**Kathrens, Susan Glena**  Chapter **7**

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 150,000.00 | | |
| B - Personal Property | Yes | 3 | $ 43,414.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 452,890.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 105,436.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,081.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,901.00 |
| TOTAL | | 25 | $ 193,414.00 | $ 558,326.00 | |

**United States Bankruptcy Court**
**District of Oregon**

**IN RE:**  Case No. **12-30288-tmb7**

**Kathrens, Susan Glena**  Chapter **7**

Debtor(s)

**AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,081.67 |
| Average Expenses (from Schedule J, Line 18) | $ 2,901.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 223.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 276,390.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 105,436.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 381,826.00 |

IN RE **Kathrens, Susan Glena**          Case No. **12-30288-tmb7**
                              Debtor(s)                           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Abbate Farms** <br> **POB 755** <br> **FrenchCamp, CA  95231** | | J | **Business Debt** | | | | precautionary |
| ACCOUNT NO. <br> **Absolut Truck Repair** <br> **2569 NE Columbia Blvd** <br> **Portland, OR  97211** | | J | **Business Debt** | | | | precautionary |
| ACCOUNT NO. <br> **AJ Produce Imports Inc.** <br> **1828 Conway Pl.** <br> **Los Angeles, CA  90021** | | J | **Business Debt** | | | | precautionary |
| ACCOUNT NO. <br> **American Express Business** <br> **POB 650448** <br> **Dallas, TX  75265-0448** | | J | **Business Debt** | | | | precautionary |
| | | | | | | Subtotal (Total of this page) | $ |
| _____ continuation sheets attached | | | | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

**B6F (Official Form 6F) (12/07) - Cont.**    Case 13-30288-tmb7    Doc 9    Filed 01/31/13

IN RE **Kathrens, Susan Glena** _____ Case No. **12-30288-tmb7** _____
                                 Debtor(s)                                                       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of The West**<br>**POB 2830**<br>**Omaha, NE 68103-2830** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Beachside Produce LLC**<br>**POB 281**<br>**Guadalupe, CA 93434** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Blue Mountain Growers, Inc**<br>**231 E Broadway**<br>**Milton-Freewater, OR 97862** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Blue Ribbon Business Products**<br>**930 Sherman Street**<br>**Portland, OR 97214** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Borton & Sons, Inc Fruit & Cold Storage**<br>**2550 Borton Rd.**<br>**Yakima, WA 98903** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Brian J. Ferber**<br>**5611 Fallbrook Avenue**<br>**Woodland Hills, CA 91367** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**C.D.E. Trucking**<br>**926 Prado Drive**<br>**Soledad, CA 93960** | | J | **Business Debt** | | | | **precautionary** |

Sheet no. ____**1**__ of ____**13**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____ Case No. **12-30288-tmb7** _____
  Debtor(s)    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**C.M. Holtzinger Fruit Co. LLC**<br>**POB 169**<br>**Yakima, WA 98907** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Cable, Houston, Benedict, Haagensen & Lloyd LLP**<br>**1001 SW 5th Avenue Ste 2000**<br>**Portland, OR 97204** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Cal-Ore Produce**<br>**POB 1150**<br>**Hermiston, OR 97838** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Carton Service Inc**<br>**2211 NW Front Avenue**<br>**Portland, OR 97209** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Caruso Produce Inc**<br>**19150 SW 125th Ct.**<br>**Tualatin, OR 97062** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Cash And Carry Smart Foodservice**<br>**Smart & Final, United Grocers**<br>**POB 910948**<br>**Los Angeles, CA 90091** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Cash Flow Managment Inc**<br>**POB 42407**<br>**Portland, OR 97242** | | J | **Business Debt** | | | | **precautionary** |

Sheet no. ____**2** of ____**13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.  Case 13-30288-tmb7    Doc 9    Filed 01/31/13

IN RE **Kathrens, Susan Glena** _____  Case No. **12-30288-tmb7** _____
                                   Debtor(s)                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CH Robinson Worldwide, Inc**<br>**POB 9121**<br>**Minneapolis, MN 55480-9121** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Citrus Industries, Inc**<br>**5301 Office Park Drive Ste 400**<br>**Bakersfield, CA 93309** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Citrus Plus Inc**<br>**7209 Jurupa Avenue**<br>**Riverside, CA 92504** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Cool Temp Inc**<br>**10165 SW Commerce Circle Ste C**<br>**Wilsonville, OR 97070** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Corona College Heights Orange & Lemon**<br>**POB 7428**<br>**Riverside, CA 92513** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Custom Produce**<br>**POB 977**<br>**Kingsburg, CA 93631-0977** | | **J** | **Business Debt** | | | | **Precautionary** |
| ACCOUNT NO.<br>**D & L Pallet Jack Service**<br>**15033 SE Rupert Drive**<br>**Milwaukie, OR 97222** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. _____**3**_ of _____**13**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena**  Case No. **12-30288-tmb7**
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Discover Business Card Services**<br>**POB 29033**<br>**Phoenix, AZ  85038-9033** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**DSU Peterbuilt & GMC Inc.**<br>**POB 3486**<br>**Portland, OR  97208** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Evans Fruit Company**<br>**11-R Sales Corporation Inc**<br>**POB 70**<br>**Cowiche, WA  98923** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Fax Duncan**<br>**Attorney At Law**<br>**2118 3rd Avenue**<br>**Seattle, WA  98121** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**First Fruits**<br>**1219 S. 40th Avenue**<br>**Yakima, WA  98908** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Fujii Produce**<br>**13011 SE Jennifer Street Ste 206**<br>**Clackamas, OR  97015-9042** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Gourmet Specialities**<br>**1307 Mateo Street**<br>**Los Angles, CA  90021** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. ___**4**___ of ___**13**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grant J. Hunt Company**<br>**POB 23545**<br>**Oakland, CA 94623-0545** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Green Gate Fresh LLLP**<br>**POB 1269**<br>**Yuma, AZ 85366** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Greene & Markley PC**<br>**1515 SW 5th Avenue Ste 600**<br>**Portland, OR 97201** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Greg A Pfister PC**<br>**720 SW Washington St Ste 750**<br>**Portland, OR 97205** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Holtzinger Fruit Company**<br>**POB 169**<br>**Yakima, WA 98907** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Houston's Inc**<br>**9799 SW Freeman Drive**<br>**Wilsonville, OR 97070** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Integra Telecom**<br>**825 NE Multnomah Ste 1400**<br>**Portland, OR 97232** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. _____**5**_____ of _____**13**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jesus Valenzuela**<br>**191 NW Wester Way**<br>**Hillsboro, OR 97124** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Jones Farm Produce LLC**<br>**10325 River Rd. NE**<br>**Salem, OR 97303** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Judel Marketing International, Inc**<br>**6010 Sheffield Rd**<br>**Basin City, WA 99343** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Keaton & Associates P.C.**<br>**1278 W. Northwest Hwy Ste 903**<br>**Palatine, IL 60067** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Labor Ready**<br>**POB 2910**<br>**Tacoma, WA 98401-2910** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**M & M West Coast Produce Inc**<br>**201 Monterey Salinas Hwy. Ste B**<br>**Salinas, CA 93908** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**McKinney Trailer Rentals**<br>**8400 E. Slauson Avenue**<br>**Pico Rivera, CA 90660** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. **6** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____  Case No. **12-30288-tmb7** _____
                                  Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Metro Area Collection Service**<br>**2780 SE Harrison Street Ste 204**<br>**Milwaukie, OR 97222** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Motschenbacher & Blattner LLP**<br>**117 SW Taylor Street Ste 200**<br>**Portland, OR 97204** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**NACM Oregon**<br>**7931 Ne Halsey Ste 200**<br>**Portland, OR 97213** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Northwest Truck Repair**<br>**2637 SE 6th Avenue**<br>**Portland, OR 97202** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Open Road Transportation Inc.**<br>**12775 Westview Drive**<br>**Dallas, OR 97338** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Pape Material Handling Exchange**<br>**POB 5077**<br>**Portland, OR 97208-5077** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**PCS**<br>**POB 7548**<br>**Eugene, OR 97401-0039** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. _____**7**_____ of _____**13**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____   Case No. **12-30288-tmb7** _____
                                Debtor(s)                                                                                                                     (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Penske Truck Leasing Co., L.P.**<br>**POB 7429**<br>**Pasadena, CA  91109** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Petrocard Systems Inc**<br>**POB 34243**<br>**Seattle, WA  98124** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Portland Fruit Company**<br>**6849 NE Columbia Unit C**<br>**Portland, OR  97218** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**R.F.T. Farm Sales Inc**<br>**16478 Beach Blvd #391**<br>**Westminister, CA  92683** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Robert P. Lewis Jr.**<br>**2596 Mission Street Ste 300**<br>**San Marino, CA  91108** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Ron Lefore Apple Farms**<br>**53004 Appleton Rd.**<br>**Milton Freewater, OR  97862** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Rosecity Transportation Inc**<br>**201 NE Second Ave Ste 201**<br>**Portland, OR  97232** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. ____**8**__ of ____**13**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____    Case No. **12-30288-tmb7**
                           Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ryder Transportation Services**<br>**Lockbox File 056347**<br>**Los Angeles, CA  90074-6347** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Ryder Truck Rental & Leasing**<br>**310 N Columbia Blvd**<br>**Portland, OR  97217** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Rynn & Janowsky LLP**<br>**4100 Newport Place Drive Ste 700**<br>**Newport Beach, CA  92660** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Shepherd Enterprises, LLC**<br>**Shepherd Refrigerated**<br>**POB 2190**<br>**Portland, OR  97208** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Siri And Son Farms**<br>**POB 1159**<br>**Clackamas, OR  97015** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Southwest Trailer Services**<br>**5949 N Basin Avenue**<br>**Portland, OR  97217** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Strebin Farms LLC**<br>**28245 SE Division Drive**<br>**Troutdale, OR  97060** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. _____**9**_____ of _____**13**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.  Case 13-30288-tmb7    Doc 9    Filed 01/31/13

IN RE **Kathrens, Susan Glena** _____ Case No. **12-30288-tmb7**_____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SunCoast Produce Inc**<br>**24009 Ventura Blvd. Ste 210**<br>**Calabasas, CA  91302** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Taurus Freight**<br>**POB 7317**<br>**Bend, OR  97708** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Tec Equipment Inc.**<br>**Dba Portland Mac**<br>**POB 11272**<br>**Portland, OR  97211** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Teresa H. Pearson**<br>**Miller Nash LLP**<br>**111 SW 5th Avenue Ste 3400**<br>**Portland, OR  97204** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**The Best Service Company**<br>**10780 Santa Monica Blvd. Ste 140**<br>**Los Angeles, CA  90025** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**The Commercial Agency**<br>**POB 23909**<br>**Portland, OR  97281-3909** | | **J** | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Timothy W. Fafinski**<br>**3411 Brei Kessel Rd.**<br>**Independence, MN  55359** | | **J** | **Business Debt** | | | | **precautionary** |

Sheet no. ____**10** of ____**13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____   Case No. **12-30288-tmb7** _____
                          Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Transport Refrigeration Company**<br>**POB 82456**<br>**Portland, OR 97282** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Tree Top Inc**<br>**POB 248**<br>**Selah, WA 98942** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO. **C128071CV**<br>**Triple B Corporation**<br>**Dba Charlie's Produce**<br>**POB 24606**<br>**Seattle, WA 98124** | | J | **Business Debt** | | | | **17,975.00** |
| ACCOUNT NO.<br>**Sussman Shank LLP**<br>**1000 SW Broadway Ste 1400**<br>**Portland, OR 97205** | | | **Assignee or other notification for:**<br>**Triple B Corporation** | | | | |
| ACCOUNT NO.<br>**United Distributors, Inc**<br>**POB 21469**<br>**Los Angeles, CA 90021** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**US National Bank Association**<br>**POB 1800**<br>**Saint Paul, MN 55101-0800** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**USDA**<br>**300 West Congress Street Room 7T**<br>**Tucson, AZ 85701** | | J | **Business Debt** | | | | **precautionary** |

Sheet no. **11** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **17,975.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____    Case No. **12-30288-tmb7**
                                 Debtor(s)                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vern's & Son, Inc<br>POB 1059<br>Hermiston, OR 97838** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**Walter Wells & Sons<br>2124 Mason Rd.<br>Odell, OR 97031** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO.<br>**XTRA Lease<br>4301 North Suttle Rd.<br>Portland, OR 97217** | | J | **Business Debt** | | | | **precautionary** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **12** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **17,975.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kathrens, Susan Glena** _____    Case No. **12-30288-tmb7** _____
                    Debtor(s)                                                                (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 1, 2013**         Signature: _/s/ Susan Glena Kathrens_
                                                                **Susan Glena Kathrens**
                                                                                                                    Debtor

Date: _____       Signature: _____
                                                                                                    (Joint Debtor, if any)
                                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

                                                           _____
                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only